No. 294.—López, peticionaria, *v.* González Blanes, Secretario etc., requerido.—Jurisdicción original. ▆▆▆▆▆▆▆ Mayo 3, 1934.

Por cuanto, se alega como razón principal para acudir a esta Corte Suprema en solicitud de *mandamus* sin haberse dado la oportunidad al Tribunal de primera instancia para resolver la cuestión que en el mismo se plantea "que si esta acción se radicara ante la Corte de Distrito del Distrito Judicial de San Juan de Puerto Rico, la peticionaria se vería obligada a pagar el impuesto que ahora impugna y subsistiría la misma situación de que se querella en este recurso de *mandamus;*" y

Por cuanto, toda corte, de acuerdo con lo dispuesto en el artículo 7 No. 5 del Código de Enjuiciamiento Civil, tiene poder para dirigir en bien de la justicia la conducta de sus funcionarios, y aquí lo que está envuelto es la actuación de un Secretario de una Corte de Distrito sin que conste que se haya acudido a la Corte misma para que revise y revoque o confirme el criterio en que se inspira dicha actuación, procedimiento en el cual no es necesario satisfacer impuesto alguno:

Por tanto, se declara no haber lugar a expedir el auto de *mandamus* que se solicita.